JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DELIA A. GILLESPIE-BELLA,** | ) | NO. CV 16-9534-KS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 20, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE